JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MARKEITH A. CLINTON,

    Plaintiff,

    v.

JAMES HILL,

    Defendant.

No. 2:24-cv-10391-SVW-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice.

DATED: April 30, 2025

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE